UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TERRY LEE GRANT,

          Petitioner,

v.

MICHAEL OBENLAND,

          Respondent.

Case No. C13-1729-JLR

ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS

The Court, having reviewed petitioner's original petition for writ of habeas corpus, petitioner's supplemental petition, respondent's answers to both the original and supplemental petitions, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's original and supplemental petitions for writ of habeas corpus (Dkts. 1 and 21) are DENIED;

(3) Petitioner's petitions and this action are DISMISSED with prejudice;

(4) In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is DENIED with respect to all grounds

ORDER DENYING PETITION FOR
WRIT OF HABEAS CORPUS - 1

Case 2:13-cv-01729-JLR   Document 36-1   Filed 07/31/15   Page 2 of 2

for relief asserted in this federal habeas action; and

(5)  The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to the Honorable Mary Alice Theiler.

DATED this 31st day of August, 2015.

JAMES L. ROBART
United States District Judge

ORDER DENYING PETITION FOR
WRIT OF HABEAS CORPUS - 2